**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 9, 2009**

Mr. Leslie Frank Weisbrod
Mr. William Burton Curtis
Ms. Alexandra V. Boone
Miller Curtis & Weisbrod LLP
Post Office Box 821329
Dallas, TX 75382-1329

      Re:    *Jordan v. Wyeth*, No. 4:05-CV-00801
              April 21, 2009 Deposition Notice

Dear Counsel:

Please forthwith explain your client's apparent refusal to appear for a noticed deposition on Tuesday, April 21, 2009.

Please give me this explanation by noon, Monday April 13, 2009, so that I can determine if we need to have a telephone conference to resolved the problem.

                                                Cordially,

                                                /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:     Other Counsel of Record