UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 13, 2009**

Mr. William Burton Curtis
Miller Curtis & Weisbrod LLP
Post Office Box 821329
Dallas, TX 75382-1329

     Re:    *Jordan v. Wyeth*, No. 4:05-CV-00801
            April 21, 2009 Deposition Notice

Dear Mr. Curtis:

I anticipate the granting the motion to dismiss with prejudice this Friday, regardless of Plaintiff's consent.

                                          Cordially,

                                          /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:     Other Counsel of Record